435 A.2d 1323

Commonwealth v. Elliott, Appellant.

 Submitted March 4, 1981.
Gary S. Fronheiser, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.